# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: KOHLER, DAVID PATRICK | § Case No. 07-31707 |
| | § |
| | § |
| Debtor(s) | § |

## SUPPLEMENTAL TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Supplemental Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on August 29, 2007. The undersigned trustee was appointed on August 29, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         15,066.62

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 3,806.11 |
   | Payments to creditors | 2,946.24 |
   | Non-estate funds paid to 3rd Parties | 6,750.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $         1,564.27 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 06/23/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,581.66. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $1,425.24 as interim compensation and now requests the sum of $156.42, for a total compensation of $1,581.66. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $138.37 and now requests reimbursement for expenses of $26.12, for total expenses of $164.49.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/15/2010            By: /s/DONALD M. SAMSON, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-31707  
**Case Name:** KOHLER, DAVID PATRICK  

**Trustee:** (330160) DONALD M. SAMSON, TRUSTEE  
**Filed (f) or Converted (c):** 08/29/07 (f)  
**§341(a) Meeting Date:** 10/19/07  
**Claims Bar Date:** 06/23/08  

**Period Ending:** 06/15/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  14 KINGSBURY COURT, GLEN CARBON | 360,000.00 | 0.00 | DA | 0.00 | FA |
| 2  CASH | 200.00 | 0.00 | DA | 0.00 | FA |
| 3  SAVINGS - FBC | 79.67 | 0.00 | DA | 0.00 | FA |
| 4  CHECKING - FBC | 758.54 | 0.00 | DA | 0.00 | FA |
| 5  SAVINGS - BANK OF EDWARDSVILLE | 74.47 | 0.00 | DA | 0.00 | FA |
| 6  BEDROOM #1 FURNITURE | 200.00 | 0.00 | DA | 0.00 | FA |
| 7  BEDROOM #2 FURNITURE | 25.00 | 0.00 | DA | 0.00 | FA |
| 8  BEDROOM #3 FURNITURE | 25.00 | 0.00 | DA | 0.00 | FA |
| 9  OFFICE FURNITURE | 250.00 | 0.00 | DA | 0.00 | FA |
| 10  LIVING ROOM FURNITURE | 400.00 | 0.00 | DA | 0.00 | FA |
| 11  DINING ROOM FURNITURE | 150.00 | 0.00 | DA | 0.00 | FA |
| 12  KITCHEN FURNITURE & APPLIANCES | 200.00 | 0.00 | DA | 0.00 | FA |
| 13  OTHER FURNITURE | 500.00 | 0.00 | DA | 0.00 | FA |
| 14  3 WEED EATERS, HAND TOOLS | 150.00 | 0.00 | DA | 0.00 | FA |
| 15  WASHER & DRYER | 250.00 | 0.00 | DA | 0.00 | FA |
| 16  VCR TAPES | 5.00 | 0.00 | DA | 0.00 | FA |
| 17  CLOTHING | 300.00 | 0.00 | DA | 0.00 | FA |
| 18  2 WATCHES, COSTUME JEWELRY | 20.00 | 0.00 | DA | 0.00 | FA |
| 19  LIFE INS. | Unknown | 0.00 | DA | 0.00 | FA |
| 20  1/2 INT. IN SKYLINE HOMES | 0.00 | 0.00 | DA | 0.00 | FA |
| 21  2007 PONTIAC GRAND PRIX GPX | 23,720.00 | 0.00 |  | 6,750.00 | FA |
| 22  2007 SILVERADO TRUCK | 23,500.00 | 0.00 | DA | 0.00 | FA |
| 23  2006 SILVERADO CLUB CAB TRUCK | 19,000.00 | 0.00 | DA | 0.00 | FA |
| 24  2003 NORDIC RAGE BOAT & TRAILER | 38,500.00 | 0.00 | DA | 0.00 | FA |
| 25  LADDERS, POWER TOOLS, HAND TOOLS | 600.00 | 0.00 | DA | 0.00 | FA |
| 26  2 CATS | 0.00 | 0.00 | DA | 0.00 | FA |
| 27  277 SKID LOADER | 40,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-31707  **Trustee:** (330160) DONALD M. SAMSON, TRUSTEE
**Case Name:** KOHLER, DAVID PATRICK  **Filed (f) or Converted (c):** 08/29/07 (f)
 **§341(a) Meeting Date:** 10/19/07
**Period Ending:** 06/15/10  **Claims Bar Date:** 06/23/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 28 | 18' FLAT BED TRAILER | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 29 | HARLEY RAKE | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 30 | JOHN DEERE TRACTOR | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 31 | 2007 KUBOTA LAWN MOWER/RIDER | 8,500.00 | 0.00 | DA | 0.00 | FA |
| 32 | EXCESS PROCEEDS FROM SALE OF REPOSSESSED TRACTOR (u) | 0.00 | 1,564.27 | | 1,564.27 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.35 | FA |
| 33 | Assets    Totals (Excluding unknown values) | **$537,407.68** | **$1,564.27** | | **$8,316.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 31, 2009        **Current Projected Date Of Final Report (TFR):**   September 15, 2009 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-31707  
**Case Name:** KOHLER, DAVID PATRICK  

**Taxpayer ID #:** 54-6814633  
**Period Ending:** 06/15/10  

**Trustee:** DONALD M. SAMSON, TRUSTEE (330160)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** 312-2261428-65 - Money Market Account  
**Blanket Bond:** $119,058,755.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/09 | | DAVID & LISA KOHLER | PURCHASE OF 2007 PONTIAC GRAND PRIX | | 13,500.00 | | 13,500.00 |
| | {21} | | ESTATE'S PORTION OF SALE PROCEEDS FOR 2007 PONTIAC GRAND PRIX     6,750.00 | 1129-000 | | | 13,500.00 |
| | | | 6,750.00 | 1280-000 | | | 13,500.00 |
| 02/25/09 | 1001 | U.S. BANK | 1/2 SALE PROCEEDS OF 2007 PONTIAC GRAND PRIX PURSUANT TO ORDER ENTERED IN ADV. 08-3002 | 8500-002 | | 6,750.00 | 6,750.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 6,750.47 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 6,750.86 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,751.13 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,751.39 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 6,751.68 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 6,751.96 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 6,752.24 |
| 09/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.11 | | 6,752.35 |
| 09/14/09 | | To Account #312226142866 | CLOSE MONEY MARKET ACCT. & TRANSFER TO GENERAL CHECKING ACCT. | 9999-000 | | 6,752.35 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,502.35 | 13,502.35 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,752.35 | |
| | | | **Subtotal** | | 13,502.35 | 6,750.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,502.35** | **$6,750.00** | |

{} Asset reference(s)

Printed: 06/15/2010 01:28 PM   V.12.06

Exhibit B

# FORM 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-31707  
**Case Name:** KOHLER, DAVID PATRICK  

**Taxpayer ID #:** 54-6814633  
**Period Ending:** 06/15/10  

**Trustee:** DONALD M. SAMSON, TRUSTEE (330160)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** 312-2261428-66 - Checking Account  
**Blanket Bond:** $119,058,755.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/09 | | From Account #312226142865 | CLOSE MONEY MARKET ACCT. & TRANSFER TO GENERAL CHECKING ACCT. | 9999-000 | 6,752.35 | | 6,752.35 |
| 11/10/09 | 102 | DONALD M. SAMSON | Dividend paid 100.00% on $10.00, Other Chapter 7 Administrative Expenses; Reference: | 2990-000 | | 10.00 | 6,742.35 |
| 11/10/09 | 103 | DONALD M. SAMSON, ATTORNEY | Dividend paid 100.00% on $1,732.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,732.50 | 5,009.85 |
| 11/10/09 | 111 | DONALD M. SAMSON | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,563.61 | 3,446.24 |
| | | | Dividend paid 100.00%    1,425.24 on $1,425.24;  Claim# ; Filed: $1,425.24 | 2100-000 | | | 3,446.24 |
| | | | Dividend paid 100.00%    138.37 on $138.37;  Claim# ; Filed: $138.37 | 2200-000 | | | 3,446.24 |
| 11/23/09 | 101 | CLERK OF BANKRUPTCY | Dividend paid 100.00% on $500.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 500.00 | 2,946.24 |
| 11/23/09 | 104 | Capital Recovery II | Dividend paid   0.94% on $1,703.80; Claim# 2; Filed: $1,703.80; Reference: | 7100-900 | | 16.08 | 2,930.16 |
| 11/23/09 | 105 | Capital Recovery One | Dividend paid   0.94% on $600.15; Claim# 3; Filed: $600.15; Reference: | 7100-900 | | 5.66 | 2,924.50 |
| 11/23/09 | 106 | Discover Bank/DFS Services LLC | Dividend paid   0.94% on $5,688.03; Claim# 5; Filed: $5,688.03; Reference: | 7100-900 | | 53.65 | 2,870.85 |
| 11/23/09 | 107 | Hoagland, Fitzgerald, Smith & Pranaitis | Dividend paid   0.94% on $34,022.10; Claim# 6; Filed: $34,022.10; Reference: | 7100-000 | | 320.87 | 2,549.98 |
| 11/23/09 | 108 | American Express Bank FSB | Dividend paid   0.94% on $5,443.51; Claim# 7; Filed: $5,443.51; Reference: | 7100-900 | | 51.34 | 2,498.64 |
| 11/23/09 | 109 | Landreth Lumber/Jacksonville Wholesale | Dividend paid   0.94% on $236,329.59; Claim# 10; Filed: $236,329.59; Reference: Stopped on 04/13/10 | 7100-004 | | 2,228.91 | 269.73 |
| 11/23/09 | 110 | Caterpillar Financial Services Corporation | Dividend paid   0.94% on $28,329.95; Claim# 11 -2; Filed: $28,329.95; Reference: | 7100-000 | | 267.19 | 2.54 |
| 11/23/09 | 112 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 2.54 | 0.00 |
| | | | Dividend paid   0.94% on    1.65 $175.14;  Claim# 8; Filed: $175.14 | 7100-900 | | | 0.00 |
| | | | Dividend paid   0.94% on    0.89 | 7100-900 | | | 0.00 |

Subtotals :     $6,752.35     $6,752.35

{} Asset reference(s)  
Printed: 06/15/2010 01:28 PM    V.12.06

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-31707  
**Case Name:** KOHLER, DAVID PATRICK  

**Taxpayer ID #:** 54-6814633  
**Period Ending:** 06/15/10  

**Trustee:** DONALD M. SAMSON, TRUSTEE (330160)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** 312-2261428-66 - Checking Account  
**Blanket Bond:** $119,058,755.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $94.16;  Claim# 9; Filed: $94.16 | | | | |
| 04/13/10 | 109 | Landreth Lumber/Jacksonville Wholesale | Dividend paid   0.94% on $236,329.59; Claim# 10; Filed: $236,329.59; Reference: Stopped: check issued on 11/23/09 | 7100-004 | | -2,228.91 | 2,228.91 |
| 04/16/10 | | Wire out to BNYM account 000226142866 | Wire out to BNYM account 000226142866 | 9999-000 | -2,228.91 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,523.44 | 4,523.44 | $0.00 |
| | | | Less: Bank Transfers | | 4,523.44 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,523.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,523.44** | |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 07-31707 | | **Trustee:** | DONALD M. SAMSON, TRUSTEE (330160) |
|---|---|---|---|---|
| **Case Name:** | KOHLER, DAVID PATRICK | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-02261428-66 - Checking Account |
| **Taxpayer ID #:** | 54-6814633 | | **Blanket Bond:** | $119,058,755.00  (per case limit) |
| **Period Ending:** | 06/15/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312226142866 | Wire in from JPMorgan Chase Bank, N.A. account 312226142866 | 9999-000 | 2,228.91 | | 2,228.91 |
| 04/19/10 | 10113 | Landreth Lumber/Jacksonville Wholesale | Dividend paid  0.94% on $236,329.59; Claim# 10; Filed: $236,329.59; Reference: | 7100-000 | | 2,228.91 | 0.00 |
| 05/11/10 | {32} | JOHN DEERE CREDIT | EXCESS PROCEEDS FROM SALE OF REPOSSESSED TRACTOR | 1229-000 | 1,564.27 | | 1,564.27 |
| | | | **ACCOUNT TOTALS** | | 3,793.18 | 2,228.91 | **$1,564.27** |
| | | | Less: Bank Transfers | | 2,228.91 | 0.00 | |
| | | | **Subtotal** | | 1,564.27 | 2,228.91 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,564.27** | **$2,228.91** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 312-2261428-65** | 13,502.35 | 6,750.00 | 0.00 |
| **Checking # 312-2261428-66** | 0.00 | 4,523.44 | 0.00 |
| **Checking # 9200-02261428-66** | 1,564.27 | 2,228.91 | 1,564.27 |
| | **$15,066.62** | **$13,502.35** | **$1,564.27** |

{} Asset reference(s)                                                                                                Printed: 06/15/2010 01:28 PM    V.12.06

# TRUSTEE'S PROPOSED DISTRIBUTION

                                                                              Exhibit D

Case No.: 07-31707  
Case Name: KOHLER, DAVID PATRICK  
Trustee Name: DONALD M. SAMSON, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DONALD M. SAMSON | $ 156.42 | $ 26.12 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 312,386.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Capital Recovery II | $ 1,703.80 | $ 7.54 |
| 3 | Capital Recovery One | $ 600.15 | $ 2.65 |
| 5 | Discover Bank/DFS Services LLC | $ 5,688.03 | $ 25.15 |
| 6 | Hoagland, Fitzgerald, Smith & Pranaitis | $ 34,022.10 | $ 150.49 |
| 7 | American Express Bank FSB | $ 5,443.51 | $ 24.08 |
| 8 | American Express Bank FSB | $ 175.14 | $ 0.78 |
| 9 | LVNV Funding LLC, as assignee of Citibank | $ 94.16 | $ 0.41 |
| 10 | Landreth Lumber/Jacksonville Wholesale | $ 236,329.59 | $ 1,045.32 |
| 11 -2 | Caterpillar Financial Services Corporation | $ 28,329.95 | $ 125.31 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**